IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELSIE KRIVENKO, )
)
Plaintiff, )
)
vs. )
)
ARCTIC CATERING, INC., dba )
ARCTIC CATERING & )
SUPPORT SERVICES and )
KUUKPIK ARCTIC SERVICES )
)
Defendant. )
_____ ) Case No. 3AN-17-_____CI

## COMPLAINT FOR CIVIL DAMAGES
### (Wrongful Termination of Employment)

COMES NOW, Plaintiff ELSIE KRIVENKO and alleges in this civil Complaint as follows:

1. This is a civil action for monetary damages brought by Plaintiff, Elsie Krivenko against Defendant, her former employer, alleging that she was wrongfully terminated from her employment on or about April 4, 2017.

2. Plaintiff Elsie Krivenko applied for employment with Defendant on our about November 18, 2014.

3. Defendant is a corporation registered in the State of Alaska, doing business in Alaska, and bound by the laws of this State.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

4. Plaintiff was hired by Defendant on our about December 4, 2014. Plaintiff attended and orientation and acknowledged several company polices on or about December 4, 2014.

5. One of the express company polices acknowledged by Plaintiff on December 4, 2014 was that harassment or discrimination based on disability was unlawful and violative of Defendant' policy.

6. Plaintiff Elsie Krivenko was assigned the position of Kitchen Helper by Arctic Catering, Inc. on or about December 16, 2014. Plaintiff's rate of pay was $13.00 per hour.

7. On or about April 20, 2015, Plaintiff was given a position transfer to the job title of Bull Cook. Plaintiff's rate of pay was $13.00 per hour.

8. On or about June 28, 2015, Plaintiff was given a position transfer to the job title of Kitchen Helper/Cook. Plaintiff's rate of pay was increased to $15.00 per hour.

9. On or about December 8, 2015, Plaintiff was given a position transfer to the job title of Bull Cook. Plaintiff's rate of pay was $15.00 per hour.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

10. On or about February 15, 2016, Plaintiff was promoted to the job title of Head Cook. Plaintiff's rate of pay was increased to $15.50 per hour. Plaintiff's supervisors noted that Plaintiff was doing an excellent job.

11. On or about March 9, 2016, Plaintiff was given a raise in pay, effective March 14, 2016 and transferred to a different North Slope location with job title of Kitchen Helper. Plaintiff's rate of pay was increased to $16.00 per hour.

12. On April 13, 2016, Plaintiff was given a raise in pay based on merit, effective April 25, 2016. Plaintiff's rate of pay was increased to $17.00 per hour.

13. On March 23, 2017 following an on-the-job injury, Plaintiff was transferred to light duty by her supervisor. Defendant' Human Resources representative consented and approved the assignment of light duty on March 27, 2017.

14. On April 4, 2017, only eight days after Defendant were aware of Plaintiff's on the job injury, and after assigning her to light duty, Defendant, without good cause, terminated the employment of Plaintiff with the explanation that Plaintiff "was not able to pass the fit for duty without restrictions"

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

*Krivenko v. Arctic Catering, Inc. et al.*
Complaint
Page 3 of 10

15. Plaintiff contends that she was wrongfully discharged from employment so that Defendant could disavow responsibility for Plaintiff's work related injury, in violation of her rights.

16. Plaintiff contends that she was wrongfully discharged from employment based upon her injured status, and pursuit of a Workers Compensation claim following her on the job injury occurring on or about March 22, 2017.

17. Plaintiff alleges upon information and belief that Defendant terminated her employment because of her physical disability and because of Plaintiffs pursuit of workers compensation benefits following the workplace injury, wrongful retaliatory discharge, breach of contract, and breach of the covenant of good faith and fair dealing.

18. This action is brought to address deprivation of the rights secured to Plaintiff by AS 18.80.220 et seq., to be free of discrimination on the basis of disability, and also for retaliatory and wrongful discharge. Plaintiff seeks restitution of all rights, privileges, income, and other damages she would have had but for Defendant's illegal discrimination, violations of law, breach of the covenant of good faith and fair dealing, and wrongful retaliatory discharge.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

19. This court has original jurisdiction over all of Plaintiffs claims.

20. The actions forming the basis of Plaintiffs complaint arose in Anchorage, Alaska; venue is proper and lies within the Third Judicial District in the State of Alaska, as Defendant' management is located in Anchorage, Alaska and the actions of Defendant were taken or ratified in Anchorage, Alaska.

21. Plaintiff is a U.S. citizen and resident of the State of Alaska. She is over the age of eighteen years. At all times relevant to this complaint, she was an employee of Defendant within the State of Alaska; the events complained of herein take place in the State of Alaska.

22. Defendant, through its authorized agents and decision makers in such matters made it clear that Plaintiff was terminated because she was injured on the job and had pursued workers compensation benefits.

23. Defendant failed to engage in any fair and reasonable fact-finding or investigation prior to deciding to terminate Plaintiffs employment. Any investigation engaged in by Defendant was hasty, cursory, lacked thoroughness, was in accurate and patently unfair, either in the sense of being impartial and objective or being conducted according to fair process. As such, Defendant's termination of Plaintiff was neither fair nor reasonable, and contrary to its own asserted policies and procedures.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

*Krivenko v. Arctic Catering, Inc. et al.*
Complaint
Page 5 of 10

EXHIBIT B, Page 5 of 10

Case 3:17-cv-00132-TMB Document 1-2 Filed 06/08/17 Page 5 of 10

24. Plaintiff has attempted in good faith and with all due diligence to find comparable employment. However, after being terminated by Defendant, Plaintiff has been unable find comparable replacement employment despite her good faith efforts.

25. Plaintiff alleges that Alaska has enacted a statutory right to sue for civil damages for retaliation against an employer who discriminates in hiring, promotion, or retention policies was enacted for the protection of employees and to stop retaliatory practices against employees who have simply asserted their rights. Alaska recognizes that retaliation against employees violates public policy for asserting their rights for worker's compensation claims

26. Plaintiff alleges that pursuant to state and federal law, employers are prohibited from discrimination against employees on the basis of disability or physical handicap as to advancement, promotion, career opportunities and working environment, other terms and conditions of employment.

27. Plaintiff has established a prima facie case of discrimination based on disability: (1) she belongs to a protected class, (2) she suffered a tangible employment action, and (3) she was treated less favorably than similarly situated employees.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

*Krivenko v. Arctic Catering, Inc. et al.*
Complaint
Page 6 of 10

28. Defendant acted with malice and reckless indifference to Plaintiff's rights. Further, Plaintiff was humiliated, embarrassed and suffered emotional distress as a direct consequence of Defendant's violations of law.

29. In wrongfully discharging Plaintiff, Defendant also unlawfully retaliated against her for her work injury and pursuit of worker's compensation benefits. It is contrary to federal and Alaska law, and stated policies, to retaliate against an employee for pursuit of that employee's right to receive compensation for a workplace injury. Defendant's conduct in wrongfully discharging Plaintiff, therefore, constitutes a retaliatory discharge.

30. Defendant's conduct in wrongfully discharging Plaintiff was grossly negligent, malicious, and reckless; Defendant thereby acted outrageously in violating public policy.

31. Defendant's wrongful retaliatory discharge of Plaintiff requires it to provide her restitution of all rights, privileges, benefits, and income, in an amount exceeding the jurisdictional limit of this court to be more specifically proven at trial. Further, Defendant's conduct renders it liable for punitive and exemplary damages in an amount to be proven at trial.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

32. Plaintiff alleges that the employment relationship between Plaintiff and Defendant was subject to the covenant of good faith and fair dealing, as are all contracts of employment in the State of Alaska.

33. Plaintiff was discharged for subjectively and objectively unfair reasons. Defendant's discharge of Plaintiff, despite her appropriate job performance is a breach of contract and violation of the covenant of good faith and fair dealing for which Defendant should be required to provide Plaintiff restitution of all rights, privileges, benefits, and income in an amount exceeding the jurisdictional limit of this court, to be more specifically proven at trial.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this court:

a. Enter a judgment that Defendant's conduct toward Plaintiff for discrimination, wrongful retaliatory discharge, and deprivation of rights, and for breach of contract and covenant.

b. Award Plaintiff actual and compensatory damages against Defendant for its violations of law, damage to Plaintiff, and illegal, improper, and outrageous actions.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

C. Grant a permanent injunction enjoining Defendant, its agents, officers, successors, assigns, and all persons in active conceit or participation with it, from engaging in any employment practice which discriminates on the basis of any protected category or an employee's pursuit of compensation following a workplace injury.

d. Order Defendant to institute and carry out policies, practices, and programs which provide equitable terms and conditions of employment and equal opportunities for all individuals, regardless of their sex, race or disability, and which preclude discrimination and harassment, particularly by management and supervisors.

e. Order Defendant to make Plaintiff whole; provide all of Plaintiff's benefits and appropriate back pay with prejudgment interest and emotional distress damages, in amounts in excess of $100,000, to be proven at trial, and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful practices.

f. Award future damages due for the wrongful discharge and Plaintiff's loss of retirement and career opportunities.

g. Award such other and further relief as may be proper and necessary, including, but not limited to, purging of Plaintiffs personnel file of all unfavorable material and providing a favorable reference.

*Krivenko v. Arctic Catering, Inc. et al.*
Complaint
Page 9 of 10

CROWSON LAW GROUP
637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393
5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654

h. Award attorney's fees, costs, and interest, pursuant to applicable state and federal law.

i. Award such other and further relief as the court deems proper.

Respectfully submitted on this the 8th day of May 17.

CROWSON LAW GROUP
*Attorney for Plaintiff*

By: /s/ Timothy Twomey
Timothy Twomey,
ABA #0505033
tim@crowsonlaw.com

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

5431 E. MAYFLOWER LANE
SUITE #4
WASILLA, ALASKA
99654