Cynthia L. Ducey, ABA No. 8310161
DUCEY & ASSOCIATES LLC
745 W 4th Avenue, Suite 425
Anchorage, AK  99501
Phone:  (907) 222-5036
Fax:  (907) 222-5026
Email:  cld@duceylawak.com

Attorneys for Defendants Arctic Catering, Inc., dba Arctic Catering & Support Services and Kuukpik Arctic Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSIE KRIVENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCTIC CATERING, INC., dba ARCTIC CATERING & SUPPORT SERVICES and KUUKPIK ARCTIC SERVICES,<br><br>    Defendant. | Case No. 3:17-cv-00132-TMB |

**STIPULATION TO REMAND TO STATE COURT**

Plaintiff, by and through counsel Crowson Law Group, and Defendants Arctic Catering, Inc., dba Arctic Catering & Support Services and Kuukpik Arctic Services, by and through counsel Ducey & Associates LLC, hereby stipulate to the following.

Plaintiff stipulates that she is not making any claim under federal law of the facts arising out of the complaint and that all of her claims arise solely out of state law.  Any remedial claims

Stipulation to Remand to State Court
*Krivenko v. Arctic Catering, Inc., et al.* / Case No. 3:17-cv-00132-TMB    Page 1 of 2
Case 3:17-cv-00132-TMB   Document 13   Filed 07/24/17   Page 1 of 2

will be made solely under state law, and the substantive law of the State of Alaska will apply to all of Plaintiff's claims.

In consideration of the limitation of Plaintiff's claims and remedies solely to state law, Defendant stipulates to a remand to state court and non-opposes the motion to remand to state court.

DATED: July 24, 2017                          CROWSON LAW GROUP
                                              Attorneys for Plaintiff

                                              /s/ Timothy Twomey
                                              ABA No. 0505033


DATED: July 24, 2017                          DUCEY & ASSOCIATES LLC
                                              Attorneys for Defendants

                                              /s/ Cynthia L. Ducey
                                              ABA No. 8310161


**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2017, a copy of the above referenced document was served electronically upon:

Timothy Twomey
Crowson Law Group
637 A St
Anchorage AK 99501

/s/ Cynthia L. Ducey
Cynthia L. Ducey
4852-7875-1052, v. 1

Stipulation to Remand to State Court
*Krivenko v. Arctic Catering, Inc., et al.* / Case No. 3:17-cv-00132-TMB                    Page 2 of 2
Case 3:17-cv-00132-TMB   Document 13   Filed 07/24/17   Page 2 of 2