IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELSIE KRIVENKO, | |
|---|---|
| Plaintiff, | Case No. 3:17-cv-00132-TMB |
| vs. | |
| ARCTIC CATERING, INC., et al, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is REMANDED to the Superior Court for the State of Alaska, 3rd Judicial District at Anchorage, AK.

APPROVED:

s/TIMOTHY M. BURGESS
    **TIMOTHY M. BURGESS**
    United States District Judge

| August 11, 2017 | LESLEY K. ALLEN |
|---|---|
| Date | Clerk of Court |

Jmt - TMB CV- rev. 9-21-16